**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States Court of Appeals

## 9th Circuit

| | |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | Case No. 3:23-CV-04597-EMC; 24-6058 |
| Plaintiff, | |
| | **MOTION TO RECONSIDER** |
| vs. | Dismissal: Oct. 25 2024 |
| | Motion Filed: Oct. 25 2024 |
| **APPLE INC**, a corporation, | |
| Defendant. | |

## MOTION REQUESTING RECONSIDERATION OF DISMISSAL

Appellant is respectfully requesting reconsideration of the immediate dismissal of Case no. 24-6058. Appellant paid six hundred and five dollars in exchange for an opportunity to be heard by the U.S. Court of Appeals, and has not been allowed to file a brief, or a respond to the motion to dismiss, prior to her case being closed. Appellant should have an opportunity to be heard, please.

Appellant/plaintiff strongly believes there is jurisdiction under multiple theories including the denial of an injunction that is effectively unreviewable later; a true collateral order related to discovery procedure; dismissal with prejudice of core parts of the lawsuit based on purely discretionary reasons and which create a *death knell*, and a repeated and ongoing errors of dismissing claims due to discretionary reasons unrelated to the merit and in violation of FRCP.

I ask to please be allowed to file my opening brief, or file a response to the motion, in order to be heard as to why I think there's jurisdiction and why this case is a unique and important opportunity for the court to weigh in on significant, novel, undecided legal questions.

If still uncertain, I ask the court to please read the Motion to Stay I filed to the district court (copy filed to this docket too), which includes an overview of the reasons I believe there's jurisdiction and that its imperative that this matter be heard now and not later.

Thank you,

/s/ Ashley M. Gjovik
*Pro Se Plaintiff*

**Email**: legal@ashleygjovik.com
**Physical Address**: Boston, Massachusetts
**Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone**: (408) 883-4428