UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASHLEY M. GJOVIK, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant - Appellee. | No. 24-6058 <br><br> D.C. No. 3:23-cv-04597-EMC <br> Northern District of California, San Francisco <br><br> ORDER |

Before: W. FLETCHER, BERZON, and RAWLINSON, Circuit Judges.

The motion (Docket Entry Nos. 8, 9) for reconsideration is denied. *See* 9th Cir. R. 27-10.

No further filings will be entertained in this closed appeal No. 24-6058.